**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00136-CV**
_____

**YOAN M. MONCADA OLIVERA, Appellant**

**V.**

**FOX CORPORATE HOUSING, LLC, Appellee**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-03-03466-CV**
_____

**MEMORANDUM OPINION**

Yoan M. Moncada Olivera, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on October 9, 2024
Opinion Delivered October 10, 2024

Before Golemon, C.J., Wright and Chambers, JJ.